# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | DOCKET NO: 1:19-CR-89-MOC-WCM-1 |
| V. ) | |
| ) | ORDER |
| ) | |
| MUQUAN BASIER ALI KENNEDY ) | |
| ) | |

This matter is before the Court on its own Motion to administratively close the case as to **Muquan Basier Ali Kennedy.** The defendant appears to remain a fugitive with no activity taking place in this case in recent times.

**It is, therefore, ORDERED** that this case be deemed closed for administrative purposes only, subject to re-opening upon the apprehension or appearance of the defendant.

Signed: October 6, 2020

Max O. Cogburn Jr.
United States District Judge